UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 13-6892-MAN | Date | November 26, 2013 |
|---|---|---|---|
| Title | *Maria Corral v. Sky Sports Inc., et al.* | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE | |
|---|---|---|
| E. Carson | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION ("OSC")**

Plaintiff(s) is ordered to show cause in writing by no later than **December 13, 2013**, why defendants Sky Sports Inc. and Keith Leedom should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Answer by the defendant(s) or plaintiff's request for entry of default.
- Plaintiff's filing of an application to the clerk to enter default judgment
- Plaintiff's filing of a Proof of Service of the summons and complaint.

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the above-named defendants.

cc:   All parties of record

:

Initials of Preparer           efc