# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CORRAL, AN INDIVIDUAL;<br><br>Plaintiff,<br><br>vs.<br><br>SKY SPORTS, INC., A CALIFORNIA CORPORATION; KEITH LEEDOM, AN INDIVIDUAL; and UNIVERSAL SERVICES OF AMERICA, INC.<br><br>Defendants. | Case No.: CV13-6892-BRO (MANx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

-1-